James A. McDevitt
United States Attorney
Eastern District of Washington
Thomas J. Hopkins
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CR-02-0197-FVS-1 |
| vs. | ) | United States' Response to the Defendant's Motion to Terminate Supervised Release |
| RAMON SANCHEZ, | ) | |
| Defendant. | ) | |

Plaintiff United States of America, by and through James A. McDevitt, United States Attorney, and Thomas J. Hopkins, Assistant United States Attorney, for the Eastern District of Washington, respectfully submits the United States' Response to Defendant Ramon Sanchez's Motion to Terminate Supervised Release.

The defense moves to terminate Mr. Sanchez's three (3)-year term of supervised release after only 19 months, asserting that the Defendant has performed in an "exemplary fashion" while on supervision. Specifically, the defense notes that Mr. Sanchez has maintained steady employment and that he has been attending a technical school. The defense reports that Mr. Sanchez expects to graduate with a degree in the spring and that he anticipates the need to move outside the Eastern District of Washington "in order to find employment commensurate with his degree."

The U.S. Attorney's Office contacted U.S. Probation Officer Tommy Rosser, who has been supervising Mr. Sanchez. Officer Rosser reported that Mr. Sanchez has performed very well on supervision and has not violated any conditions. When asked whether he had considered proposing early termination of supervised release for Mr. Sanchez pursuant to 18 U.S.C. § 3583(e), Officer Rosser replied in the negative. He explained that Mr. Sanchez has benefitted from being on supervision and that, although Mr. Sanchez has given him no cause for concern, he believes that Mr. Sanchez and the community would benefit from Mr. Sanchez remaining under the supervision of the U.S. Probation Office.

While commending Mr. Sanchez for his excellent performance during the first half of his three (3)-year term of supervised release, the Government believes that the defense motion is premature. Mr. Sanchez is on supervision for a drug trafficking offense. The Government recommends that the Court postpone consideration of the motion until Mr. Sanchez has achieved his goals of earning his degree and obtaining an offer of "employment commensurate with his degree." Given Officer Rosser's satisfaction with Mr. Sanchez's performance, the U.S. Attorney's Office would expect that the U.S. Probation Office would grant Mr. Sanchez permission to travel outside the district for employment interviews. In addition, several hi-tech companies operate in Spokane and the Tri-Cities. The Government believes that the Court will be in a much better position to evaluate the relative benefits of supervision to Mr. Sanchez and to the community when Mr. Sanchez is able to provide the Court with a concrete post-degree plan.

DATED: December 1, 2006.

James A. McDevitt
United States Attorney

s/Thomas J. Hopkins

Thomas J. Hopkins
Assistant United States Attorney

I hereby certify that on December 1, 2006, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following CM/ECF participant(s), and/or I hereby certify that I have mailed by United States Postal Service or hand-delivered the document to the following non-CM/ECF participant(s):

Mr. Gerald R. Smith
Attorney at Law
505 West Riverside Avenue, Suite 500
Spokane, WA 99201

Mr. Tommy Rosser
U.S. Probation Officer
U.S. Courthouse, Room 540
920 West Riverside Avenue
Spokane, WA 99201

s/Thomas J. Hopkins

Thomas J. Hopkins
Assistant United States Attorney