UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>RAMON SANCHEZ,<br><br>              Defendant. | No. CR-02-0197-FVS<br><br>ORDER MODIFYING TERMS OF SUPERVISED RELEASE |

**THIS MATTER** came before the Court for a hearing on the Defendant's Motion to Terminate Supervised Release, Ct. Rec. 151. The United States was represented by Thomas J. Hopkins. The Defendant was present and represented by Gerald R. Smith.

On May 23, 2003, a jury found the Defendant guilty of Possession of Less than 500 Grams of Cocaine With Intent to Distribute. (Ct. Rec. 114.) On September 30, 2003, this Court sentenced the Defendant to a term of imprisonment of 27 months followed by three years of supervised release. (Ct. Rec. 135.) The Defendant has now served 19 months of supervised release, and moves the Court to terminate his supervision.

By statute, the Court may terminate a term of supervised release when 1) the Defendant has served at least one year of his or her term of supervised release and 2) the court "is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In making this

ORDER AMENDING SUPERVISED RELEASE- 1

determination, the Court should consider the factors set forth in 18 U.S.C. § 3553(a).  18 U.S.C. § 3583.

The Court finds that the Defendant has served more than one year of his term of supervised release.  There is no dispute that he has done very well during this time.  He has complied with the terms of his supervised release, obeyed the law, and maintained employment.  He is attending school to further his education and enhance his employment opportunities.  He is considering marriage and parenthood.  If the Defendant demonstrates his commitment to achieving the goals of rehabilitation and reintegration into the community by successfully completing his degree, there will be no doubt that both the actions of the Defendant and the interest of justice warrant early termination of supervision.  Accordingly,

**IT IS HEREBY ORDERED**:

1. The Defendant's Motion to Terminate Supervised Release, **Ct. Rec. 151**, is **DENIED.**

2. The Defendant's term of supervised release is modified as follows: Provided that there are no violations of either the terms of the Defendant's supervised release or of the law, and provided that the Defendant successfully completes his college training as anticipated, supervision shall terminate on June 5, 2007.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this  3rd  day of January, 2007.

                    s/ Fred Van Sickle
                    Fred Van Sickle
            United States District Judge

ORDER AMENDING SUPERVISED RELEASE- 2